oIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. : Case No. 3:18cr201

RODOLFO CASTRO-DUENEZ, : JUDGE WALTER H. RICE

    Defendant. :

---

PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | Defendant decided not to plead guilty as scheduled on 1/24/2019 |
| Jury Trial Date | 4/15/2019 |
| Final Pretrial Conference (by telephone) | Monday, 4/8/2019 at 5:00 pm |
| Motion Filing Deadline | |
|   Oral and Evidentiary Motions | 2/25/2019 |
|   Other Motions | 3/4/2019 |
| Discovery Cut-off | 3/28/2019 |
| Speedy Trial Deadline | waived by Defendant's declination to plead guilty as scheduled on 1/24/2019, and acceptance of 4/15/19 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the |

<pre>
                                     public and the Defendant in a speedy

                                     trial. 18 U.S.C. §3161 et seq.


                                     _____
February 8, 2019                             WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE
</pre>